JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK EVANS, | Case No. CV 13-00364-RGK (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| M. D. BITER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 2, 2014

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE